|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| WESLIE MARTIN, | Case No.2:19-cv-01815-JAD-BNW |
| Plaintiff | **ORDER** |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants | |

### I. DISCUSSION

On December 2, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 5 at 2). On December 10, 2019, Plaintiff submitted a letter to the Court requesting additional time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 6-1). Plaintiff's December 10, 2019 letter was returned to Plaintiff with a minute order from the Court advising Plaintiff that a document requesting a court order must be styled as a motion not a letter. (ECF No. 6). The Court will construe Plaintiff's letter at ECF No. 6-1 as a motion for extension of time. Further, the Court grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate, or pay the full $400 filing fee on or before **Friday, March 6, 2020**. Plaintiff is further reminded that any future court order request must be styled as a motion and letters to a judge will be disregarded.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6-1) is granted.

IT IS FURTHER ORDERED that on or before **Friday, March 6, 2020**, Plaintiff shall

either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: January 8, 2020

_____
UNITED STATES MAGISTRATE JUDGE